**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00006-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ROBERTO GOMEZ,

    Defendant.

**ADVISEMENT OF RIGHT TO APPEAL SENTENCE**

**Blackburn, J.**

    The matter comes before the court *sua sponte*. On October 24, 2013, the court conducted a sentencing hearing and orally pronounced sentence. At the conclusion of the sentencing hearing, the found that the defendant had voluntarily, knowingly, intelligently, and intentionally waived his right to appeal the sentence imposed. To the extent, if any, that the defendant has not effectively waived his right of appeal, the court advises the defendant, Jose Roberto Gomez, under Fed. R. Crim. P. 32(j)(1), of any potential right to appeal his sentence to the United States Tenth Circuit Court of Appeals as follows.

    To the defendant, Jose Roberto Gomez, to the extent that you have not effectively waived your right to appeal the sentence imposed, please be advised:

- If you want to appeal the sentence, a notice of appeal must be filed with the clerk of this court within 14 days of the entry of judgment, or your right of appeal will be lost;

- If you are unable to pay the costs of appeal, you have the right to ask for permission to appeal as a poor person, *in forma pauperis*.
- You have the right to be represented during any such an appeal by an attorney, and if you want an attorney, but cannot afford one, then the court will appoint an attorney to represent you during the appeal at the expense of the government; and
- If you request, the clerk of the court must prepare and file immediately a notice of appeal on your behalf.

Dated October 31, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge